UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RON L. MARKS,

    Plaintiff,

v.

GREG J. AHERN et al,

    Defendant.

Case Number: CV10-00247 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ron L. Marks #AKO-969
Santa Rita Facility
5325 Broder Blvd.
Dublin, CA 94568-3309

Dated: March 5, 2010

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk